UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SABINO MENDEZ, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:20-cv-162 ) |
| SHABAD TRANSPORT, INC. and JAGDEEP TOOR, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants, Shabad Transport, Inc. and Jagdeep Toor, by counsel and pursuant to 28 U.S.C. §1332 hereby file their Notice of Removal of the captioned matter to the United States District Court for the Northern District of Indiana, South Bend Division, from the LaPorte Superior Court 2, LaPorte, Indiana, and, respectfully state as follows:

1. Shabad Transport, Inc. and Jagdeep Toor are defendants in a personal injury action now pending in the LaPorte Superior Court 2 under Cause No. 46D02-2002-CT-000221.

2. Plaintiff filed his Complaint in the LaPorte Superior Court on February 5, 2020.

3. Defendant, Shabad Transport, Inc., was served with a copy of the Summons and Complaint on or about February 13, 2020 via certified mail.

4. Defendant, Jagdeep Toor was served with a copy of the Summons and Complaint on or about February 13, 2020 via certified mail.

5. Plaintiff's Complaint is subject to removal on the grounds of diversity

jurisdiction pursuant to 28 U.S.C. §1332.

6. Plaintiff is a citizen of the State of Texas.

7. Defendant Shabad Transport, Inc. is an active Canadian corporation with its principal place of business in Woodbridge, Ontario.

8. Jagdeep Toor is a citizen of Canada, living in Woodbridge, Ontario.

9. The controversy in this cause of action is entirely between a citizen of a state and citizens or subjects of a foreign state.

10. While Plaintiff's Complaint seeks an unspecified amount of damages, Plaintiff has confirmed that the amount in controversy exclusive of interest and costs is greater than $75,000, the jurisdictional threshold required by 28 U.S.C. §1332(a).

11. Attached hereto as Exhibit A is a copy of the complete state court record, including the current court docket, Plaintiff's Complaint for Damages Appearance of Attorneys for Plaintiff, Jury Trial Demand, Summons to Jagdeep Toor, Summons to Shabad Transport, Inc., Alias Summons to Shabad Transport, Inc., Alias Summons to Jagdeep Toor, Appearance by Attorneys for Defendants, Defendants Motion for Enlargement of Time and Order on Defendants' Motion for Enlargement of Time.  These documents constitute all of the pleadings and process on file with the LaPorte Superior Court 2 as of the date of this filing of this Notice of Removal.

12. Upon receiving a file-marked copy of this Notice of Removal, Defendants will serve the same upon Plaintiff and also file a copy with the Clerk of the LaPorte Superior Court 2.

Respectfully submitted,

WHITTEN LAW OFFICE

*s/Christopher R. Whitten*
Christopher R. Whitten/#20429-49
James L. Culp/#26326-49
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing has been served upon the following by electronic mail, this 21st day of February 2020:

David W. Craig, Esq.
Scott A. Faultless, Esq.
William J. Kelley, Esq.
Christopher M. Barry, Esq.
Alexander R. Craig, Esq.
Samantha C. Craig Stevens, Esq.
Whitney L. Coker, Esq.
CRAIG KELLEY & FAULTLESS, LLC

*s/Christopher R. Whitten*
Christopher R. Whitten
James L. Culp

WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317/362-0225
FX:   317/362-0151